UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  DOROTHY MAE VAUGHN

      DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 20-02567 KMS

## MOTION TO ALLOW SUPPLEMENTAL CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

US BANK TRUST NATL ASSOCIATION
% SELENE FINANCE
9990 RICHMOND AVE STE 400
HOUSTON, TX  77042

Court Claim No. 4

Date of Notice of Post-Petition Mortgage Fees/Expenses:  March 31, 2021

Amount of Post-Petition Mortgage Fees/Expenses:  $500.00

Classification:  Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

                                                                      /s/  David Rawlings
                                                                    David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

**CERTIFICATE OF SERVICE**

    I, David Rawlings, do hereby certify that on April 01, 2021, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

| | |
|---|---|
| DOROTHY MAE VAUGHN<br>1019 Lotus Drive<br>Natchez, MS  39120 | BRYANT D. GUY<br>ATTORNEY AT LAW, PLLC<br>P.O. BOX 10173<br>JACKSON, MS  39286-0173 |
| US BANK TRUST NATL ASSOCIATION<br>% SELENE FINANCE<br>9990 RICHMOND AVE STE 400<br>HOUSTON, TX  77042 | |

*/s/  David Rawlings*
DAVID RAWLINGS, TRUSTEE